IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-04-593 (1) |
| | § | C.A. No. 06-512 |
| | § | |
| DIANNA LINN CONTORELLI, | § | |
|     Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment dismissing defendant Dianna Linn Contorelli's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 22nd day of December, 2006.

_____
Janis Graham Jack
United States District Judge